# Koenig, Appellant, *v.* United Gas Improvement Company.

Argued Oct. 17, 1907.   Appeal, No. 78, Oct. T., 1907, by plaintiff, from decree of C. P. No. 2, Phila. Co., Dec. T., 1905, No. 303, dismissing bill in equity in case of Frank Koenig v. The United Gas Improvement Company.   Before RICE, P. J., HENDERSON, MORRISON, ORLADY, HEAD and BEAVER, JJ. Affirmed.

OPINION BY HEAD, J., October 12, 1908:

For the reasons fully stated in Bower et al v. United Gas Improvement Co., which was argued with this case and in which an opinion has this day been filed, ante, p. 113, the appeal is dismissed at the cost of the appellant and the decree is affirmed.